## Kenneth I. Gordon

**From:** "Breena Daniell Gordon" <breena@gordonlawoffice.com>
**To:** "Ken Gordon" <kgordon@gordonlawoffice.com>
**Sent:** Saturday, November 01, 2008 8:20 AM
**Subject:** Fw: demand letter

----- Original Message -----
From: "Ken Gordon" <kgordon@gordonlawoffice.com>
To: <VB4PKTT@aol.com>
Sent: Tuesday, April 10, 2007 8:14 AM
Subject: Fw: demand letter

>
> Kenneth I. Gordon, Esq.
> Gordon Law Office
> 63 Chatham Street
> Boston, MA 02109
> (617) 742-4602
> Fax: (781) 280-0298
> ----- Original Message -----
> From: "David Fredrick" <drfredrick@yahoo.com>
> To: "Ken Gordon" <kgordon@gordonlawoffice.com>
> Sent: Monday, April 09, 2007 9:06 PM
> Subject: Re: demand letter
>
>
>> Dear Ken:
>>
>> I agree with the proposal that if the 1.8 million is
>> repaid, in total, to the Von Banks, and the name of
>> MUA Belize is changed immediately, I will not pursue
>> further action to assert my 50% shares.
>>
>> Please change my title from M.D. to Ph.D.  The letter
>> appears very appropriate.
>>
>> Regards,
>>
>> DF
>>
>>
>> --- Ken Gordon <kgordon@gordonlawoffice.com> wrote:
>>
>> > How's this? In your reply, please confirm that you
>> > agree with the Von Banks that if they are repaid the
>> > $1.8 million, lump sum, and the name of the school
>> > is changed from MUA-Belize, then you will surrender
>> > your shares and the issue can be resolved.

\>> > Ken
\>> >
\>> > Kenneth I. Gordon, Esq.
\>> > Gordon Law Office
\>> > 63 Chatham Street
\>> > Boston, MA 02109
\>> > (617) 742-4602
\>> > Fax: (781) 280-0298
\>>
\>>
\>> David L. Fredrick, Ph.D.
\>> President, SABA University
\>> email: drfredrick@saba.edu
\>> Telephone: 978-630-5122 ext. 110
\>> www.saba.edu
\>>