Ken:

In regard to the Sersland/VonBank case, may I give the following suggestions or
observations:

REDACTED

Again, for the record, I do not want or expect any financial benefit from this
case.   I would like to see the Von Banks get back some/all of their money and
you to get paid.   I will be more than happy to pay for any depositions.

Regards,


David L. Fredrick, Ph.D.
President, SABA University
email: drfredrick@saba.edu
Telephone: 978-630-5122 ext. 110
www.saba.edu
.AOLWebSuite .AOLPicturesFullSizeLink { height: 1px; width: 1px; overflow: hidden; }
.AOLWebSuite a {color:blue; text-decoration: underline; cursor: pointer}