## Kenneth I. Gordon

**From:** <vb4pktt@aol.com>
**To:** <Kgordon@gordonlawoffice.com>
**Sent:** Friday, October 31, 2008 10:51 PM
**Subject:** Fwd: Shares

-----Original Message-----
From: David Fredrick <drfredrick@yahoo.com>
To: Peter Von Bank <vb4pktt@aol.com>
Cc: Patricia Hough <plhough@yahoo.com>
Sent: Fri, 31 Oct 2008 3:38 pm
Subject: Shares

```
Kathy:

There may be a glitch, we will have to wait and see.   The shares of MUA-Belize
are still in my name, but are being held by EIC, Holding, the company that
purchased MUA.  A few weeks ago, Dave Gill named EIC Holding in his 'ongoing 7
year lawsuit.'   The CEO of EIC Holding is now questioning just turning over the
shares to Gill, who has just named his company in a lawsuit.  I will work to
negotiate something and let you know.   Our attorney, Mike Angeline will be gone
for a couple days on vacation, but will give input when he returns.

David L. Fredrick, Ph.D.
President, SABA University
email: drfredrick@saba.edu
Telephone: 978-630-5122 ext. 110
www.saba.edu
```

McCain or Obama? Stay up to date on the latest from the campaign trail with AOL News.