## Kenneth I. Gordon

**From:** <vb4pktt@aol.com>
**To:** <DrFredrick@yahoo.com>; <plhough@yahoo.com>
**Sent:** Sunday, November 02, 2008 7:23 PM
**Subject:** shares

Dear David and Pat,

   Thank you for your email of Friday, explaining that the shares in MUAB issued to you are with EIC but they are still in your name.  We talked to Ken and he thinks all we have to do is give MUAB a release of any claims to those shares. We have a copy of the shares, so we can even attach the copy to be specific about what shares are being released.  This is what you told us you would do upon a satisfactory settlement in our case against Sersland and Gill, and upon the defendants' commitment to change the name from Medical University of the Americas, to a name that is no derivative of those words or the letters "MUA". So we just want you to finish the deal.  If course, it would be cleaner just to return the originals to us, but we can do it this way.
   David, I hope you realize that your promise to release the shares, or your right to shares, is a matter between you and us, not you and David Gill. If we tell David Gill's lawyer that you cannot return the shares and release MUAB, then he'll simply buy a new charter and buy the building from Tim Jeffers.  You told Ken that you believe his up-front payment of $100,000 was about the most he would pay to keep and restore the school, rather than going the route of a new charter. So refusing to give us the shares hurts only Pete and I, not David Gill.
   We hope and pray that this deal does not fall apart at the 11th hour, after we have all fought together for the last two years.  We appreciate all of your efforts and we know we would not be this far without you. We just want you to stay with us to get this deal done.

Kathy and Pete

---

McCain or Obama? Stay up to date on the latest from the campaign trail with AOL News.