UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PETER AND KATHERINE VONBANK )<br>　　　　　　Plaintiffs 　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　)　Civil Action No.:<br>DAVID FREDRICK, Ph.D.　　　　　　　　)<br>　　　　　　Defendant　　　　　　　　　　) | |

### PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

The Plaintiffs, Peter and Katherine Von Bank ("Von Bank") move for a Preliminary Injunction, seeking an Order that the Defendant, David Fredrick, Ph.D. ("Fredrick") be restrained from breaching his contract with the Von Banks. They request any transfer of shares in Medical University of the Americas, Belize, Ltd., ("MUA-B") by Fredrick to a non-member be found as a matter of law to be void, as it violates the share restriction, and that he be ordered to release, return or otherwise waive any rights to 5,000 shares in MUA-B. The motion is filed on an emergency basis because Fredrick must be ordered to perform, if at all, by the close of business on November 30, 2008. In support of this Motion, the Plaintiffs filed a Verified Complaint and a Memorandum of Law.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　Peter and Katherine Von Bank,
　　　　　　　　　　　　　　　　　　　　　By their Attorney,

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Kenneth I. Gordon, BBO# 556762
　　　　　　　　　　　　　　　　　　　　　63 Chatham Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109

Dated: November 24, 2008                     (617) 742-4602