UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK  )  |  |
|      Plaintiffs )  |  |
| v. ) |  |
| ) | Civil Action No.: |
| DAVID FREDRICK, Ph.D. ) |  |
|      Defendant ) |  |

## EMERGENCY MOTION FOR SHORT ORDER OF NOTICE

The Plaintiffs, Peter and Katherine Von Bank ("Von Bank") move on an Emergency Basis for an Order of Notice, scheduling a hearing on their Motion for a Preliminary Injunction for an afternoon the week of November 24, 2008. The reason for the emergency is that they seek specific performance of a contract that must be performed by the close of business on November 30, 2008. The reason for this late filing is that for the past 30 days, the Plaintiffs have been hopeful the Defendant would perform his contract, and that this lawsuit would not be necessary. Only on the evening of November 23, 2008 were they informed the Defendant would not perform.

              Respectfully submitted,
              Peter and Katherine Von Bank,
              By their Attorney,

              _____
              Kenneth I. Gordon, BBO# 556762
              63 Chatham Street
              Boston, MA 02109
Dated: November 24, 2008     (617) 742-4602