

# BELIZE

# COMPANIES ACT
# CHAPTER 250

## REVISED EDITION 2003
### SHOWING THE SUBSTANTIVE LAWS AS AT 31ST MAY, 2003

This is a revised edition of the Substantive Laws, prepared by the Law Revision Commissioner under the authority of the Law Revision Act, Chapter 3 of the Substantive Laws of Belize, Revised Edition 2000.

| This edition contains a consolidation of the following laws- | Page |
|---|---|
| **ARRANGEMENT OF SECTIONS** | 3 |
| **COMPANIES ACT** | 23 |
| Amendments in force as at 31st May, 2003. | |

11. In the case of a company limited by shares and registered after the commencement of this Act, if articles are not registered, or, if articles are registered, in so far as the articles do not exclude or modify the regulations in Table A in the First Schedule, those regulations shall, so far as applicable, be the regulations of the company in the same manner and to the same extent as if they were contained in duly registered articles.

*Application of Table A.*

*First Schedule.*

12. Articles must-

   *(a)* be printed;

   *(b)* be divided into paragraphs numbered consecutively;

   *(c)* bear the same stamp as if they were contained in a deed; and

   *(d)* be signed by each subscriber of the memorandum of association in the presence of at least one witness, who must attest the signature.

*Form, stamp and signature of articles.*

13. Subject to this Act and to the conditions contained in its memorandum, a company may by special resolution alter or add to its articles, and any alteration or additions so made shall be as valid as if originally contained in the articles and be subject in like manner to alteration by special resolution.

*Alteration of articles by special resolution.*

### General Provisions

14. (1) The memorandum and articles shall, when registered, bind the company and the members thereof to the same extent as if they respectively had been signed and sealed by each member, and contained covenants on the part of each member, his executors and administrators, to observe all the provisions of the memorandum and of the articles, subject to this Act.

*Effect of memorandum and articles.*

   (2) All money payable by any member to the company under the