UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER AND KATHERINE VONBANK )
          Plaintiffs      )
v.                                  )
                                   )    Civil Action No.:  08-40223
DAVID FREDRICK, Ph.D.      )
          Defendants    )

**AFFIDAVIT OF KENNETH I. GORDON**
**IN SUPPORT OF SUPPLEMENTAL MEMORANDUM OF LAW**

I, Kenneth I. Gordon, affirm, depose and state:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts.

2. I represent the Plaintiffs in the above-referenced lawsuit. I am of legal age and I make this affidavit on first hand knowledge.

3. On December 4, 2008, I received the email from Attorney Timothy J. Perry, a true and accurate copy of which is attached hereto as Exhibit A.

4. Attorney Perry has since approved the final Settlement Agreement in this matter.

5. All that is left for the settlement to conclude is final documents to be signed, and for the Von Banks to deliver the affidavit cancelling David Fredrick's interest in his shares in Medical University of the Americas, Belize, Ltd.

Signed under the pains and penalties of perjury this 4th day of December, 2008.

_____
Kenneth I. Gordon

## Kenneth I. Gordon

**From:** <tperry@perrylegal.com>
**To:** "Kenneth I. Gordon" <kgordon@gordonlawoffice.com>
**Sent:** Thursday, December 04, 2008 4:21 PM
**Subject:** Re: USE THIS ONE

Ken:
I am in receipt of the $100,000 in settlement proceeds.  Please send me final version of the Settlement documents and the Fredrick release ASAP so that we can wrap up settlement.
--Tim
Perry, Krumsiek & Jack LLP
One McKinley Square
Boston, MA 02109
(617) 720-4300
fax (617) 720-4310
tperry@perrylegal.com

> -----Original Message-----
> **From:** Kenneth I. Gordon [mailto:kgordon@gordonlawoffice.com]
> **Sent:** Sunday, November 2, 2008 01:26 PM
> **To:** hamerr@gtlaw.com, tperry@perrylegal.com
> **Subject:** USE THIS ONE
>
> I made one additonal change in par. F to clear up what I believe is a redundancy in the Fredrick release language. We represented we would cancel and/or return and release any claim of Fredrick stock.  This is more properly reflected by the language herein stated.
>
> > ----- Original Message -----
> > **From:** hamerr@gtlaw.com
> > **To:** kgordon@gordonlawoffice.com ; tperry@perrylegal.com
> > **Sent:** Sunday, November 02, 2008 9:03 AM
> > **Subject:** RE: Von Bank
> >
> > Ken - Nothing attached.
>
> **From:** Kenneth I. Gordon [mailto:kgordon@gordonlawoffice.com]
> **Sent:** Friday, October 31, 2008 8:14 PM
> **To:** Hamer, Robert L. (Shld-Bos-LT); Timothy Perry
> **Subject:** Re: Von Bank
>
> Please see attached changes.
>
> > ----- Original Message -----
> > **From:** hamerr@gtlaw.com
> > **To:** tperry@perrylegal.com ; kgordon@gordonlawoffice.com
> > **Sent:** Friday, October 31, 2008 4:45 PM
> > **Subject:** Von Bank
> >
> > Please see the attached, with the changes discussed,for your consideration.
> >
> > Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, w inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the

purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

    The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.