## MEDICAL UNIVERSITY OF THE AMERICAS, BELIZE LIMITED

## AFFIDAVIT RELEASE OF SHARES

I, David Fredrick of Gardner, Massachusetts, U.S.A., of legal age of majority, hereby release any and all right I may have to and hereby cancel any and all equity ownership interest I may have in Medical University of the Americas – Belize Limited ("MUAB") including but not limited to any ownership reflected by MUA-B Certificate No. 1, representing 1 share of MUA-B and MUA-B Certificate No. 3, representing 4,999 shares of MUA-B. I represent and warrant that I have not transferred ownership of these shares to any third party, or that if I have done so, I have re-acquired ownership of those shares. A copy of the share certificates are attached hereto. To the extent possible, the original share certificates will be returned to Medical University of the Americas – Belize Limited.

Signed under the pains and penalties of perjury this __ day of _____, 2008

_____          _____
David Fredrick                                                       Witness



Number 3

4,999 Shares

MEDICAL UNIVERSITY OF THE AMERICAS - BELIZE LIMITED

THIS IS TO CERTIFY that DAVID FREDRICK of Gardiner, Massachusetts, U.S.A. is the registered proprietor of 4,999 shares of $ 1.00 each numbered 0003 to 5001 inclusive in the capital of the Company subject to the memorandum and articles of association of the Company and transferable only upon the production of this certificate properly endorsed, and that the sum of $ 4,999 has been paid up in respect of each of such shares.

GIVEN under the Common Seal of the Company this 1st day of August 2003

Chairman                       (Seal)                       Secretary



Number 1
Shares 1

MEDICAL UNIVERSITY OF THE AMERICAS - BELIZE LIMITED

THIS IS TO CERTIFY that DAVID FREDRICK of Gardner, Massachusetts, U.S.A. is the registered proprietor of 1 shares of $ 1.00 each numbered 0001 to 1 inclusive in the capital of the Company subject to the memorandum and articles of association of the Company and transferable only upon the production of this certificate properly endorsed, and that the sum of $ 1.00 has been paid up in respect of each of such shares.

GIVEN under the Common Seal of the Company this 1st day of August 20.03

Chairman   (Seal)   Secretary