UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK )<br>                            Plaintiff, )<br>                                    )<br>v.                                         )<br>                                    )<br>DAVID FREDRICK, Ph.D., )<br>                            Defendant. ) | CIVIL ACTION NO. 4:08-cv-40223 |

### **DEFENDANT'S EMERGENCY MOTION TO STRIKE PLAINTIFFS' MINI BRIEF ON BELIZE LAW**

Defendant, David Fredrick, Ph.D. ("Fredrick") respectfully moves the Court to strike from the record the Plaintiffs' Mini-Brief of Belize Law and its accompanying exhibits.

Neither the Plaintiffs nor their Attorney have held themselves out or alleged to be experts in Belize Law.  Furthermore, the Plaintiffs' brief and affidavit in support fail to authenticate the attached case law or statutory authority.  It is well established that it is the function of the Court, to decide questions of law.  Mueller & Kirkpatrick, *Federal Evidence* (2d ed. 1994); 7 Wigmore *Evidence*, §1952.  See Loeb v. Hammond, 407 F.2d 779, 781 (7th Cir. 1969) (testimony of attorney on the legal significance of documents properly excluded).

Basing a legal opinion an internet search is pure speculation.  An internet search for Belize case law and precedent attested to by a non-attorney falls short of a permissible basis for an opinion as to how the Court should decide this matter.  The "Mini Brief on Belize Law" should be stricken as it is based upon hearsay, assumptions and conclusions not supported by any facts, and contains speculation on areas outside of the Plaintiffs' attorney  purported competence.

### CONCLUSION

For the foregoing reasons, Defendant Fredrick respectfully requests that the Court strike the Plaintiffs' Proposed Mini-Brief on Belize Law.

2

                        Respectfully submitted,

                        DAVID FREDRICK.
                        By his Attorneys:

                        /s/ Michael P. Angelini
                        Michael P. Angelini (BBO #019340)
                        Douglas T. Radigan (BBO#657938)
                        Bowditch & Dewey, LLP
                        311 Main Street, P.O. Box 15156
                        Worcester, MA  01615-0156
                        (508) 791-3511
                        mangelini@bowditch.com
                        dradigan@bowditch.com

Dated:  December 5, 2008

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 5, 2008.

                        /s/ Michael P. Angelini
                        Michael P. Angelini