UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK )<br>      Plaintiff, )<br>      )<br>v.      )<br>      ) CIVIL ACTION NO. 4:08-cv-40223<br>DAVID FREDRICK, Ph.D., )<br>      Defendant. ) | |

## **DEFENDANT'S EMERGENCY MOTION TO STRIKE PLAINTIFFS' AFFIDAVIT**

  Defendant, David Fredrick, Ph.D. ("Fredrick") respectfully moves the Court to strike from the record the Affidavit of Katherine VonBank ("Affidavit") and its accompanying exhibits. The Affidavit suffers from numerous substantive flaws. It is rife with conclusory, hearsay and unsubstantiated conclusions. Rule 56(e) mandates that affidavits may only contain facts as would be admissible in evidence. The Affidavit fails to meet this threshold. Furthermore, Katherine Von Bank and her husband only speak for the holder of a 35% interest in the Medical University of America Belize, Limited ("MU-AB"). See VonBank Aff. ¶3. As such, she has no personal knowledge as to what, if any, communications Fredrick had with the remaining shareholders and as such her affidavit is based on nothing more than unsubstantiated and baseless personal speculation. Finally, the Affidavit sets forth no facts to show that Katherine VonBank is competent to testify to the matters contained in the attached exhibits or that the exhibits are admissible on any other grounds.

## CONCLUSION

  For the foregoing reasons, Defendant Fredrick respectfully requests that the Affidavit with the attached exhibits be stricken in its entirety pursuant to Federal Rule of Civil Procedure 56(e).

Respectfully submitted,

DAVID FREDRICK.
By his Attorneys:

/s/ Michael P. Angelini
Michael P. Angelini (BBO #019340)
Douglas T. Radigan (BBO#657938)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA  01615-0156
(508) 791-3511
mangelini@bowditch.com
dradigan@bowditch.com

Dated:  December 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 5, 2008

/s/ Michael P. Angelini
Michael P. Angelini (BBO #019340)