UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK )<br>                Plaintiff, )<br>                                )<br>v.                                   )<br>                                )<br>DAVID FREDRICK, Ph.D., )<br>                Defendant. ) | CIVIL ACTION NO.  4:08-cv-40223 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my Appearance as counsel for David Fredrick, Ph.D. in the above entitled matter.

                Respectfully submitted,

                DAVID FREDRICK.
                By his Attorneys:

                /s/ Douglas T. Radigan
                Michael P. Angelini (BBO #019340)
                Douglas T. Radigan (BBO #657938)
                Bowditch & Dewey, LLP
                311 Main Street, P.O. Box 15156
                Worcester, MA  01615-0156
                (508) 791-3511
                mangelini@bowditch.com
                dradigan@bowditch.com

Dated:  December 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 5, 2008

                /s/ Douglas T. Radigan
                Douglas T. Radigan