UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER AND KATHERINE VONBANK   )
               Plaintiffs      )
v.                                      )
                                      )   Civil Action No.: 08-40223
DAVID FREDRICK, Ph.D.         )
               Defendants    )

## AFFIDAVIT OF KENNETH I. GORDON
## IN OPPOSITION TO MOTION TO STRIKE AFFIDAVIT

I, Kenneth I. Gordon, affirm, depose and state:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts.

2. I represent the Plaintiffs in the above-referenced lawsuit. I am of legal age and I make this affidavit on first hand knowledge.

3. On December 5, 2008, I reviewed the Motion to Strike the Affidavit of Katherine Von Bank. It was served on me three to four hours before a hearing on this matter.

4. It is true that the affidavit says that the case from the Supreme Court of Belize, *Sagis v. Radio Krem*, was obtained from the internet. Ms. Von Bank does not testify that she is the one who found it.

5. In fact, I found it on her behalf. It is my position that my work is performed as agent for the client, so she may say where it was obtained. But I conducted the legal research in this case for her.

6. I obtained the case from the OFFICIAL WEB SITE OF THE ATTORNEY GENERAL'S MINISTRY. In much the same way as the United States

   District Court for this district maintains its own web site and uses Pacer to post its decision, Belize has an Official, not an unofficial, on line reporter.

7. Attached to this email, collectively, is the home page for the site, the home page for the judiciary, the links to civil and criminal judgments, and the list of Supreme Court decisions for 2008.

8. Third from the bottom of that list is the *Sagis* case I submitted in this suit.

9. I clicked from one page to the next, until I found the *Sagis* case. It is an official, reliable reported opinion, and requires no expert. This Court may read the opinion and interpret as it sees fit.

Signed under the pains and penalties of perjury this 5th day of December, 2008.

_____
Kenneth I. Gordon