

# WWW.BELIZELAW.ORG

home | e-library | legal aid | the laws of Belize | the judiciary | sitemap | contact



**Welcome to the Official Website of the Attorney General's Ministry.**
**Our Motto is:**
**Making Legal Information easy to find, use, and share.**

Supreme Court Rules 2005

- Preface
- Index
- Supreme Court Rules
- Prescribed Forms
- Statutory Instrument

(Documents in Adobe© PDF Format)

**Recently uploaded: Supreme Court Civil Judgments for 2008. Coming soon General Registry Forms and Privy Council Judgments**

:: Copyright 2007 ::





home | e-library | legal aid | the laws of Belize | the judiciary | sitemap | contact

# Belize Legal Information Network

## online



## Belize

## WELCOME TO THE OFFICIAL WEBSITE OF THE LAWS OF BELIZE, REVISED EDITION 2000, SHOWING THE LAW AS AT 31ST DECEMBER, 2000.

### REVISED BY

**Mr. Elson Kaseke,**
*BL(Hons.), LL.B, LL.M(Legislative Drafting), UWI/OAS Certificate in Legislative Drafting.*

### AND ASSISTED BY

**Mr. Alhaji Tejan-Cole,**
*LL.B (Hons.), BL, LL.M. (Legislative Drafting)*

*PLEASE NOTE:*

**ALL ACTUAL TEXT OF THE LAWS AVAILABLE ONLINE IN THIS WEBSITE ARE IN *PDF* FORMAT. PLEASE DOWNLOAD THE ACROBAT READER BY CLICKING THE ICON BELOW.**

 Acrobat (R) Reader Copyright (c)1987-2000 Adobe Systems Incorporated. All rights reserved. Adobe and Acrobat are trademarks of Adobe Systems Incorporated.

**Netscape Users:** You may not be able to view the files correctly if the Adobe Acrobat Navigator plug-in is not installed correctly. Please click here for instructions.

Contact Us



Copyright ©2000 Government of Belize, Office of the Chief Parliamentary Counsel and Law Revision, Attorney General's Ministry.

All rights reserved. No part of these 7 Volumes may be produced, stored in a retrieval system or transmitted, in any form or by any means whatsoever, without the prior written permission of the Government of Belize.





home | e-library | legal aid | the laws of Belize | the judiciary | sitemap | contact

*Reported & Posted online*
*by*
*Office of the Registrar*
**PRIVY COUNCIL JUDGMENTS**

| Supreme Court Judgments | | Court of Appeal Judgments | |
|---|---|---|---|
| **Criminal Judgments** | **Civil Judgments** | **Criminal Appeals** | **Civil Appeals** |
| 2008 | 2008 | 2008 | 2008 |
| 2007 | 2007 | 2007 | 2007 |
| 2006 | 2006 | 2006 | 2006 |
| 2005 | 2005 | 2005 | 2005 |
| 2004 | 2004 | 2004 | 2004 |
| 2003 | 2003 | 2003 | 2003 |
| 2002 | 2002 | 2002 | 2002 |
| 2001 | 2001 | 2001 | 2001 |
| 2000 | 2000 | 2000 | 2000 |
| 1999 | 1999 | 1999 | 1999 |
| 1998 | 1998 | 1998 | 1998 |
| 1997 | 1997 | 1997 | 1997 |
| 1996 | 1996 | 1996 | 1996 |
| 1995 | 1995 | 1995 | 1995 |
| 1994 | 1994 | 1994 | 1994 |
| 1993 | 1993 | 1993 | 1993 |
| 1992 | 1992 | 1992 | 1992 |
| 1991 | 1991 | 1991 | 1991 |
| 1990 | 1990 | 1990 | 1990 |
| 1989 | 1989 | 1989 | 1989 |
| 1988 | 1988 | 1988 | 1988 |
| 1987 | 1987 | 1987 | 1987 |
| 1986 | 1986 | 1986 | 1986 |
| 1985 | 1985 | 1985 | 1985 |
| 1984 | 1984 | 1984 | 1984 |
| 1983 | 1983 | 1983 | 1983 |
| 1982 | 1982 | 1982 | 1982 |
| 1981 | 1981 | 1981 | 1981 |
| 1980 | 1980 | 1980 | 1980 |
| 1979 | 1979 | 1979 | 1979 |
| 1978 | 1978 | 1978 | 1978 |
| 1977 | 1977 | 1977 | 1977 |
| 1976 | 1976 | 1976 | 1976 |
| 1975 | 1975 | 1975 | 1975 |
| 1974 | 1974 | 1974 | 1974 |

Case 4:08-cv-40223-FDS   Document 15-2   Filed 12/05/08   Page 4 of 6

- 1973
- 1972

- 1973
- 1972

- 1973
- 1972

- 1973
- 1972

:: Copyright 2007::

12/5/2008 2:02 PM



home | e-library | legal aid | the laws of Belize | the judiciary | sitemap | contact

## Civil Judgments 2008

- Supreme Court Action No. 80 of 1989 -Ismael O. Shabazz and Millicent Arnold
- Supreme Court Action No. 77 of 1997 -Marilene Awe and Jose Shoman
- Supreme Court Action No. 28 of 1998 - Cecilio Shaw and Kier International Limited
- Supreme Court Action No.51 of 1999- Yuseph Belisle and Kenrick Jones
- Banks and Financial Institution Appeal Board Appeal No. 1 of 2008 - The Belize Bank Ltd and The Central Bank of Belize
- Supreme Court Action No.7 of 2007 - Gentle v Gentle
- Supreme Court Claims Nos. 28 and 29 of 2007 - BEDECO LIMITED et al and THE ATTORNEY GENERAL et al
- Supreme Court Action No 43 of 2004 - Hoffman v Sosa - Breach Of Contract
- Supreme Court Claim No 83 of 2006 - FCB v DFC, SSB - Judgment
- Supreme Court Action No. 87 of 2004 -Kenneth Munnings, The Executor of the Estate of KC Dunn, Darlene Dunn and Joseph Yancey
- Supreme Court Claim No. 116 of 2008 - Jose Hamilton et al v The Attorney General et al - Judgment
- Divorce Action No 140 of 2006- Teresita Estephan and Joseph Estephan, Wilma Coleman
- Supreme Court Action No. 144 of 2001 - Application for Judicial Review - The Queen and The Attorney General, Ex Parte Belize Foods and Transportation Ltd. - Judgment
- Supreme Court Claim No. 228 of 2008 - The Belize Bank Limited and The Attorney General, Said Musa, Amalia Mai - Decision
- Supreme Court Claim No. 186 of 2006 - Malcolm Zabaneh and Fruit Processors Limited
- Supreme Court Claim No. 186 of 2007- JOHN DIAZ v IVO TZANKOV, BRENT C. MISKUSKI & DELIA MISKUSKI
- Supreme Court Claim No.292 of 2007 - BELIZE TELECOM LTD et al v ATTORNEY GENERAL et al - Security For Costs
- Supreme Court Claim No. 302 of 2007 - Belize Institute for Environmental Law and Policy (BELPO) and Chief Environmental Officer et al
- Supreme Court Claim No. 305 of 2008 - Alberto Vellos et al and Prime Minister of Belize et al (Application for Judicial Review)
- Supreme Court Claim No. 338 of 2008 - The Belize Bank Limited and the Attorney General of Belize, the Minister of Finance, The Honourable Justice Awich et al- Decision
- Claim No. 338 of 2008 - The Belize Bank Limited and The Attorney General of Belize (on behalf of the Government of Belize), the Minister of Finance, The Honourable Justice Awich et al- Judgment
- Supreme Court Action No. 340 of 1992 - Christopher Roe et al and George Westby et al
- Supreme Court Action No. 363 of 2004 - Sydney Ritchie and Lopez Equipment Co. Ltd.
- Supreme Court Claim No.408 of 2007 - ERNEST J. BALL&SUNSET VENTURES LTD v HOWARD OLDHAM AND WILANA OLDHAM
- Supreme Court Claim No.413 of 2006 -KARL R RENZ III v ERROL C PRATT et al - Ruling

- Supreme Court Claim No. 443 of 2008 - Belize Telemedia Limited, Business Enterprise Systems Limited, BTL Digicell Limited and The Attorney General of Belize (on behalf of the Commissioner of Taxes)
- Supreme Court Action No. 449 of 2004 - Tilvan King and Linda Aguilar - Judgment
- Supreme Claim No. 464 of 2008 - Belize Telemedia Limited et al and The Attorney General of Belize (on behalf of the Government of Belize) et al.pdf
- Supreme Court Claim No. 492 of 2007 - David Gegg v. Min. of Natural Resources
- Supreme Court Action No. 496 OF 2006 NARDIA GARCIA V 5 SENATORS AND MEMBER OF THE SENATE SELECT COM. INVESTING IN SSB
- Supreme Court Claim No.519 of 2007-Sagis Investments Limited and Radio Krem Limited
- Supreme Court Action No. 543 OF 2004 BZE SEA ISLAND COTTON GROWERS LTD v ISRAEL JONES
- Supreme Court Claim No. 642 of 2006 - SHARMAYNE SAUNDERS v BELIZE TELECOMMUNICATIONS LTD

total: 32

:: Copyright 2007::