UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK<br>Plaintiffs<br>v.<br><br>DAVID FREDRICK, Ph.D.<br>Defendant | Civil Action No.: 08-40223 |

**DAVID FREDRICK'S**
**WAIVER OF THE SERVICE OF SUMMONS**

To: Kenneth I. Gordon:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

David Fredrick agrees to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from November 25, 2008, the date when this request was sent (or 90 days if it was sent outside the United States). However, I have agreed to answer or otherwise respond to the Summons within 30 days hereof. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: <Date>

David P. Fredrick, Ph.D.
By His Attorney,

Michael P. Angelini, Esq.
Bowditch & Dewey
311 Main Street
P.O. Box 15156
Worcester, MA 01615