UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VON BANK, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. |
| ) | 08-40223-FDS |
| v. ) | |
| ) | |
| DAVID FREDRICK, Ph.D., ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY INJUNCTION ORDER

**SAYLOR, J.**

After a hearing, and for good cause shown, the Court preliminarily enjoins defendant David Fredrick as follows:

Defendant David Fredrick is hereby restrained from asserting any rights he has as a shareholder in the Medical University of the Americas-Belize, including voting, selling, transferring or otherwise alienating the shares.

This order will take effect upon the posting by plaintiff of a $500 bond and will remain in effect until further order of the Court or issuance of a permanent injunction.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: December 8, 2008, 2:32 p.m., at Worcester, MA