UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK )<br>              Plaintiffs    )<br>v.                                      )<br>                                        )<br>DAVID FREDRICK, Ph.D.       )<br>             Defendant    ) | Civil Action No.: 08-40223 |

**ASSENTED MOTION TO CONTINUE HEARING DATE**

The Plaintiffs, Peter and Katherine Von Bank ("Von Bank"), with the assent of the Defendant David Fredrick, Ph.D., respectfully move to Continue the hearing scheduled in this matter for December 18, 2008 at 3 p.m. to a date on or after January 9, 2009.  As reasons therefore, the Von Banks state that they have reached a preliminary agreement with the Defendant to resolve this matter pending submission of certain documents.  The Defendant is out of the country, and the Parties require a brief amount of time to complete the settlement.  They expect, therefore, that this case may be resolved without the need for a further hearing, but are not yet in a position to file a Notice of Dismissal.  Consistent therewith, the Parties move to extend the time to file a responsive pleading to January 9, 2009 or thereafter.

                                                            Respectfully submitted,
                                                            Peter and Katherine Von Bank,
                                                             By their attorney,

                                                            /s/ Kenneth I. Gordon

                                                           Kenneth I. Gordon, BBO# 556762
                                                          63 Chatham Street
                                                          Boston, MA 02109
Dated: December 17, 2008                         (617) 742-4602

Assent:

David Fredricks, Ph.D.
By His Attorney,

<u>/s/ Michael Angelini</u>
Michael D. Angelini, Esq.
Bowditch & Dewey
311 Main Street
P.O. Box 15156
Worcester, MA 01615
(508) 791-3511