UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK )<br>     Plaintiffs  )<br>v.           )<br>           )<br>DAVID FREDRICK, Ph.D. )<br>     Defendant ) | Civil Action No.: 08-40223 |

## NOTICE OF DISMISSAL

The Plaintiffs, Peter and Katherine Von Bank ("Von Bank"), pursuant to the provisions of Federal Rules of Civil Procedure 41(A)(1)(a)(i) hereby Notice the Dismissal of the above-referenced lawsuit with prejudice, no responsive pleading having been served or filed.

               Respectfully submitted,
               Peter and Katherine Von Bank,
               By their attorney,

               _____
               Kenneth I. Gordon, BBO# 556762
               63 Chatham Street
               Boston, MA 02109
Dated: January 21, 2009      (617) 742-4602